**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| **DARWIN CRAWFORD and** § | |
| **CHARLOTTE CRAWFORD** § | |
| § | |
| **v.** § | **NO. 9:10-CV-127** |
| § | |
| **ALLSTATE TEXAS LLOYD'S** § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for all pretrial matters pursuant to a Referral Order entered on September 20, 2010. On August 9, 2011, this case was reassigned to United States Magistrate Judge Zack Hawthorn. The court has received and considered the report (Docket No. 31) of the magistrate judge, who recommends that the court deny Defendant's "Motion to Enforce Settlement Agreement" (Docket No. 19). No objections to the report and recommendation have been filed. The court's independent review confirms that the magistrate judge's analysis is correct.

The report and recommendation (Docket No. 31) of the magistrate judge is **ADOPTED**, and Defendant's "Motion to Enforce Settlement Agreement" (Docket No. 19) is **DENIED without** prejudice.

So **ORDERED** and **SIGNED** this **23** day of **October, 2011.**

_____
Ron Clark, United States District Judge